**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JEFFREY GORDON BUTLER, | ) | NO. SACV 13-1099-SVW (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| AMY MILLER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 4, 2016.

                                    STEPHEN V. WILSON
                                    UNITED STATES DISTRICT JUDGE